UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY GANTT,

    Plaintiff,

vs.

KRISTINA WILDEVELD,

    Defendant.

Case No. 3:11-CV-00526-ECR-(RAM)

**ORDER**

    Plaintiff, who is a prisoner in custody at the Ely State Prison, see 28 U.S.C. § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1). The court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

DATED: July 27, 2011.

_____
EDWARD C. REED
United States District Judge

-2-