AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ANTHONY GANTT,

       Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER:   **3:11-CV-00526-ECR-RAM**

KRISTINA WILDEVELD,

       Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to plaintiff's commencement of a new action.


 July 28, 2011                                                       **LANCE S. WILSON**
    Date                                                                         Clerk

                                                      /s/   M. Campbell
                                                           Deputy Clerk