# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY GANTT,

    Plaintiff,

vs.

KRISTINA WILDEVELD,

    Defendant.

Case No. 3:11-CV-00526-ECR-(RAM)

**ORDER**

    Plaintiff has submitted a motion to add defendants (#5), which is moot because the court has dismissed the action.

    IT IS THEREFORE ORDERED that plaintiff's motion to add defendants (#5) is **DENIED** as moot.

    DATED: August 2, 2011.

_____
EDWARD C. REED
United States District Judge